UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY JAMES BURNSIDE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C12-1739 RSM<br><br>ORDER REMANDING CASE |

The Court, after careful consideration of the plaintiff's complaint, the defendant's motion to remand, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 23rd day of January 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REMANDING CASE
PAGE - 1