UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY JAMES BURNSIDE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C12-1739RSM

ORDER GRANTING MOTION TO REOPEN

THIS MATTER comes before the Court on Defendant's Motion to Reopen this case for entry of Judgment in Defendant's favor. Dkt. #20. The Commissioner notes that this matter was initially remanded pursuant to sentence six of 42 U.S.C. § 405(g) on January 23, 2013. Dkt. #18. However, on remand, Plaintiff and his attorney signed a letter indicating that Plaintiff did not wish to pursue the claim and requesting to withdraw the request for hearing. AR 597. The Administrative Law Judge (ALJ) dismissed the request for a hearing on March 26, 2015. AR 593-96. The Appeals Council issued a decision on November 19, 2015, adopting the findings and conclusion of the ALJ decision, dated February 19, 2010. AR 591. Accordingly, the Commissioner moves the Court to enter Judgment in favor of Defendant pursuant to sentence four of 42 U.S.C. § 405(g), affirming the Appeals Council's November 19, 2015, decision, because Plaintiff has withdrawn his administrative claim. Plaintiff responds that he does not oppose this motion. Dkt. #23.

Accordingly, the Court hereby ORDERS:

1. Defendant's Motion to Reopen (Dkt. #20) is GRANTED.
2. This case is reopened for the purpose of entering Judgment in favor of Defendant, after which the matter will again be closed.

DATED this 12th day of April, 2017.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE